USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREW TORO,

                     Plaintiff,

-against-

C&N REPRODUCTIONS, INC.,

                     Defendant.
-----------------------------------------------------------------X

22-CV-8693 (JHR) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on February 12, 2023 (doc. no 15) the Initial Case Management Conference currently scheduled for **March 27, 2023** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:    New York, New York
              February 13, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge